UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTOINE L. ARDDS,

    Plaintiff,

v.

M. PIZANO, et al.,

    Defendants.

Case No. 15-00686 EJD (PR)

**JUDGMENT**

    The Court has dismissed all claims against Defendants, and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: 6/27/18

EDWARD J. DAVILA
United States District Judge

Judgment
PRO-SE\EJD\CR.15\00686Ardds_judgment